

# T. A. Blackburn Law

**TYRONE A. BLACKBURN**

_____

MEMBER OF
NY & NJ BAR

_____

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

_____

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

July 24, 2025

Honorable Jamel K. Semper
United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

~ and~

The Honorable James B. Clark, III, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Civil Action No.  No. 20-cv-12364 (JMV) (JBC)**

Dear Judge Semper and Clark,

    I am an attorney duly admitted to practice before this Court.  I am the founder of the law firm T. A. Blackburn Law, PLLC, and I am the attorney for Plaintiff Erik Kertesz ("Mr. Kertesz") in the above matter.  Plaintiff respectfully submits this Notice of Errata to correct specific citation and quotation errors contained in the: "Memorandum of Law in Support of Plaintiffs Motion for Summary Judgment" filed on 12/20/2024 at ECF No. 96; "Plaintiff's Opposition to Defendants' Motion for Summary Judgment" filed on 01/17/2024 at ECF No. 100; "Plaintiffs Response," filed on 1/27/2025 at ECF No. 104; and "Plaintiffs Amended Response," filed on 2/7/2025 at ECF No. 109.  These corrections do not change any arguments made in the complaint.

    The citation issues in this matter were not the result of bad faith or any intent to mislead the Court.  Instead, they stemmed from my recent adoption of upgraded legal research tools—LexisNexis Protege and Westlaw CoCounsel—designed to assist solo practitioners like me.  At



347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com



the end of my LexisNexis subscription contract, I was convinced to renew my subscription and include the Protege platform. I was told it would cut my workload in half, and admittedly, that was music to my ears, as 60% of my cases are pro bono. Many of my clients are indigent, disabled due to medical malpractice, or they are immigrants. I do not have any assistants or paralegals; all I have is a monthly answering service subscription to collect my calls.

The Protege tool generated suggestions and citation fields that I mistakenly incorporated without fully verifying the quotation formatting and attribution. Unwisely, I had unquestioningly trusted the accuracy of these platforms, having used them throughout my law school and professional career. These platforms are at the vanguard of the legal profession. So much so, I was a LexisNexis representative in law school. I had no reason to doubt the accuracy of this product.

I am currently conducting a thorough audit of all active case filings generated since using these upgraded subscriptions and have begun correcting any citation or formatting errors identified through that audit.

In addition to this audit, I have completed continuing legal education (CLE) courses to better understand the implications of artificial intelligence in legal drafting, including:

1. **ABA** – "AI is Changing the Legal Profession but Not Your Ethical Duty"
2. **ABA** – "Catching Up to AI Ethically: How the Existing Ethics Rules Apply to Artificial Intelligence, and How to Guide Lawyers in Avoiding the Ethical Pitfalls"
3. **TRCLE** – "Artificial Intelligence and Legal Practice"
I have also registered for additional CLEs addressing AI ethics, legal research accuracy, and best practices for solo practitioners.

I respectfully submit this Notice of Errata and corrected document to uphold my duties under Rule 11 and maintain the integrity of the proceedings before this Court.

### THE FOLLOWING ARE THE CITATION CORRECTIONS
### FOR THE IDENTIFIED DOCUMENTS

Upon post-filing review, Plaintiff identified the following inadvertent errors:
I. Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment" filed on 12/20/2024 at ECF No. 96:



347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com



1. **Page [3], Line [6]** – The citation to "Doe v. Mills, 212 N.J. Super. 378 (App. Div. 1986)" is incorrect. The reference was removed.
   *Smith v. Jones, 501 F.3d 456 (2d Cir. 2007).*
2. **Page [14], Line [11]** – The citation to *Fusco v. City of Rensselaer*, 244 F. App'x 655, 659 (3d Cir. 2007) was incorrect. The correct citation is: *Utesch v. Lannett Co.,* 2020 U.S. Dist. LEXIS 232413, *31(holding that implied consent must be specific to the context and facts of the disclosure).

A corrected version of the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment is attached hereto as **Exhibit A**. Plaintiff respectfully requests that the Court accept the corrected version and disregard the earlier filing at ECF No. 96.

II. Plaintiff's Opposition to Defendants' Motion for Summary Judgment filed on 01/17/2024 at ECF No. 100:

1. **Page [3], Line [18]** – The citation to "Cohen v. Univ. of Med. & Dentistry of N.J., 722 F. Supp. 2d 442 (D.N.J. 2010)" is incorrect. The correct citation is: "*Russo v. Sage Dining Servs.*, 2021 U.S. Dist. LEXIS 164352, *18."
2. **Page [8], Line [11]** – The citation to "Cohen v. Univ. of Med. & Dentistry of N.J., 722 F. Supp. 2d 442 (D.N.J. 2010)" is incorrect. The correct citation is: "*Russo v. Sage Dining Servs.*, 2021 U.S. Dist. LEXIS 164352, *18."
3. **Page [11], Line [1]** – The citation to "Gallelli v. Crown Imports, LLC, 701 F. App'x 127, 130 (3d Cir. 2017)" is incorrect. The correct citation is: "*Arpaio v. Dupre, 2011 U.S. Dist. LEXIS 21699, *17.*"
4. **Page [11], Line [3]** – The citation to "Cohen v. Univ. of Med. & Dentistry of N.J., 722 F. Supp. 2d 442 (D.N.J. 2010)" is incorrect. The correct citation is: "*Frantz v. Ferguson Enters., 2009 U.S. Dist. LEXIS 6241, *19.*"

A corrected version of the Plaintiff's Opposition to Defendants' Motion for Summary Judgment is attached hereto as **Exhibit B**. Plaintiff respectfully requests that the Court accept the corrected version and disregard the earlier filing at ECF No. 100.

III. Plaintiff's Response filed on 1/27/2025 at ECF No. 104:

1. **Page [3], Line [8]** – The citation to "*Doe v. Mills*, 212 N.J. Super. 378 (App. Div. 1986)" is incorrect and has been removed.
2. **Page [6], Line [14]** – The citation to "Harris v. New Jersey, 609 F. App'x 695, 698 (3d Cir. 2015)" is incorrect. The correct citation is: "*Holtz v. Rockefeller & Co., Inc.,* 258 F.3d 62, 74 (2d Cir. 2001)."
3. **Page [14], Line [12]** – The citation to "Doe v. Mills, 212 N.J. Super. 378, 385 (App. Div. 1986)" is incorrect. The correct citation is: "*See Est. of Behringer v. Med. Ctr. at Princeton,* 592 A.2d 1251, 1272 (N.J. Super. L. Div. 1991)."



## T. A. Blackburn Law

4. **Page [15], Line [14]** – The citation to "*Doe v. Mills*, 212 N.J. Super. at 381" is incorrect. The correct citation is: "*Smith v. Datla*, 164 A.3d 1110, 1123 (N.J. Super. App. Div. 2017)."
5. **Page [26], Line [15]** – The citation to "*Doe v. Mills*, 212 N.J. Super. at 381" is incorrect. The correct citation is: "*Smith v. Datla*, 164 A.3d 1110, 1123 (N.J. Super. App. Div. 2017)."

A corrected version of the Plaintiff's Response is attached hereto as **Exhibit C**. Plaintiff respectfully requests that the Court accept the corrected version and disregard the earlier filing at ECF No. 104.

IV. Plaintiff's "Amended Response," filed on 2/7/2025 at ECF No. 109:

1. **Page [3], Line [6]** – The citation to "*Doe v. Mills*, 212 N.J. Super. 378 (App. Div. 1986)" is incorrect and has been removed.
2. **Page [8], Line [2]** – The citation to "*Doe v. Mills*, 212 N.J. Super. 378 (App. Div. 1986)" is incorrect and has been removed.

A corrected version of the Plaintiff's Response is attached hereto as **Exhibit D**. Plaintiff respectfully requests that the Court accept the corrected version and disregard the earlier filing at ECF No. 109.

I have practiced law since 2018, and during that time, I have never encountered citation or quotation issues in any legal filing submitted to a court. This is the first instance of its kind in my professional career. I have always respected the significance of Rule 11 and the duty it imposes on attorneys to ensure the accuracy, factual foundation, and legal grounding of each filing. If the Court would like a detailed list of cases, along with the research and recommendations for the selected cases, I would be more than happy to provide one.

Respectfully,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

CC: All attorneys of record via ECF.

