**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

October 1, 2025

## LETTER ORDER

Re:     **Kertesz v. Colony Tire Corporation, et al.**
        **Civil Action No. 20-12364 (JKS)**

Dear Counsel,

The Court will conduct a telephone status conference with the parties in this matter on **October 22, 2025 at 12:30 PM**.  Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                 s/ James B. Clark, III
                                                 **JAMES B. CLARK, III**
                                                 **United States Magistrate Judge**