# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | **U.S. COURTHOUSE**<br>**50 WALNUT ST. ROOM 2060**<br>**NEWARK, NJ 07102** |

October 15, 2025

## LETTER ORDER

Re: **Kertesz v. Colony Tire Corporation, et al.**
    **Civil Action No. 20-12364 (JKS)**

Dear Counsel,

The telephone status conference scheduled with the parties in this matter on **October 22, 2025 at 12:30 PM** is adjourned to **October 23, 2025 at 12:00 PM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                      s/ James B. Clark, III
                                                    **JAMES B. CLARK, III**
                                                    **United States Magistrate Judge**